10-8-05

Clerk
District Court
District of Delaware
844 King St.
Wilm., DE. 19801

05-718

RE: Forma Pauperis / Hammons v. Carroll

Dear Clerk,

Earlier this week I mailed my District Court Habeas Corpus to you so that I could have it filed timely. Last night I just received my financial records from the Records/Accounting Dept. here. Now I am sending you my Forma Pauperis along with a 6 month statement of my financial records. Please acknowledge these documents along with my Habeas Corpus. Thank you for your time in this regard.

Sincerely,

xc: File

William J. Hammons
#166159
Del. Corr Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

FILED
OCT 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE