# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-718

TO: _William Hammons_ SBI#: _166139_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _October 5, 2005_

FILED
OCT 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _April 1, 2005_ to _September 30, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| april | 3.73 |
| may | 2.54 |
| june | .67 |
| July | 0 |
| aug | 0 |
| Sept | 0 |

Average daily balances/6 months: _1.15_

Attachments
CC: File

_Stacy Shane_
10/5/05

Notary public
_[signature]_
10/6/05

# Individual Statement
## For Month of April 2005

Date Printed: 10/5/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.70 |
|---|---|---|---|---|---|---|
| 00166139 | Hammons | William | | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/6/2005 | $15.00 | $0.00 | $0.00 | $15.70 | 90663 | 539295 7517 | | UNK |
| Canteen | 4/12/2005 | ($14.96) | $0.00 | $0.00 | $0.74 | 92616 | | | |

Ending Mth Balance: $0.74

# Individual Statement

## For Month of May 2005

Date Printed: 10/5/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Comments: | Beg Mth Balance: |
|---|---|---|---|---|---|---|
| 00166139 | Hammons | William | | | QOL4 | $0.74 |

Current Location: 21

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/5/2005 | $0.00 | $0.00 | $0.00 | $0.74 | 103269 | | DST/POSTAGE | |
| Pay-To | 5/5/2005 | $0.00 | $0.00 | ($4.75) | $0.74 | 103657 | | DST/POSTAGE | |
| Pay-To | 5/5/2005 | $0.00 | $0.00 | ($4.75) | $0.74 | 103658 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.74) | $0.00 | ($4.01) | $0.00 | 107201 | | DST/POSTAGE | |
| Mail | 5/25/2005 | $10.00 | $0.00 | $0.00 | $10.00 | 111375 | 8484667l564 | | C TIBBETT |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($0.37) | $10.00 | 111552 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($0.60) | $10.00 | 111602 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($0.60) | $10.00 | 111603 | | DST/POSTAGE | |

Ending Mth Balance: $10.00

# Individual Statement

## For Month of June 2005

Date Printed: 10/5/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $10.00 |
|---|---|---|---|---|---|---|
| 00166139 | Hammons | William | | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 6/3/2005 | ($0.37) | $0.00 | $0.00 | $9.63 | 115862 | | DST/POSTAGE | |
| Pay-To | 6/3/2005 | ($4.75) | $0.00 | $0.00 | $4.88 | 115897 | | DST/POSTAGE | |
| Pay-To | 6/3/2005 | ($4.01) | $0.00 | $0.00 | $0.87 | 115896 | | DST/POSTAGE | |
| Pay-To | 6/3/2005 | ($0.27) | $0.00 | ($0.33) | $0.60 | 115919 | | DST/POSTAGE | |
| Pay-To | 6/3/2005 | ($0.60) | $0.00 | $0.00 | $0.00 | 115918 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 122099 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 122100 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement
## For Month of July 2005

Date Printed: 10/5/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 0016139 | Hammons | William | | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/20/2005 | $0.00 | $0.00 | ($3.73) | $0.00 | 134143 | | 9/6/04 | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of August 2005

Date Printed: 10/5/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 0016139 | Hammons | William | | | | |

Current Location: 21          Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/9/2005 | $0.00 | $0.00 | ($3.68) | $0.00 | 142839 | | 10/4/04 | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of September 2005

Date Printed: 10/5/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00166139 | Hammons | William | | | | |

Current Location:  21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($3.81) | $0.00 | 158683 | 11/1/04 | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 164034 | | POSTAGE | |

Ending Mth Balance: $0.00