IN THE United States District Court
FOR The District of Delaware

William J. Hammons

v.

Thomas Carroll, et al

C.V. Act. No: 1:05-CV-00718 (KAJ)


FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Appointment of Counsel

Comes Now, The petitioner, William J. Hammons, Pursuant to The Rules governing 28 U.S.C. §2254 case Rule 6 And 18 U.S.C. 3006 A(g), moves This Court for An order to appoint him Counsel in The Above Entitled Action. In Support Thereof, The petitioner offers The following:

1) Due to D.N.A. Testing and discovery procedures, Counsel shall be appointed.

2) Due to petitioner claiming That The Delaware Supreme Courts Ruling was Contrary to Clearly Established Federal Law, only An Attorney Can Express This Argument with The Application of Law in A professional manner.

3) The Court wouldn't want it on its conscience that it denied a petitioner who is actually innocent counsel.

4) The petitioner is housed in a S.H.U. Flowdown unit and has extremely limited access to the prison law library.

5) Appointing counsel would best serve the interest of justice.

6) The petitioner has had numerous amounts of help from "jailhouse" attorneys due to the fact that he is unskilled in the law.

7) The petitioner is indigent.

Wherefore, for the reasons advanced herein petitioner prays that this Honorable Court will grant his motion and appoint him counsel so that he can make his arguments competent and fully developed.

Respectfully Submitted,

William J. Hammond
Del. Corr. Ctr.
Smyrna, DE. 19977

CERTIFICATE OF SERVICE

I, William J. Hammons, hereby certify that I have served a true and correct copy of the attached Motion for Appointment of Counsel, upon the following parties, on this 18th day of Oct. 2005.

TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm. DE. 19801-3570

By placing in institutional mail

TO: Warden Thomas Carroll
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

By placing in institutional "in house" mail

Date: 10-15-05

William J. Hammons
#166189
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

Pro-se Petitioner



William Jay Hammons
#166139
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

Legal mail

Office of The Clerk
United States District
District of Delaware
844 N. King St. LockBox 18
Wilmington, DE. 19801-3570