Oct. 25th, 05

The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 N. King St.
Wilm., DE. 19801-3570

RE: Hammons v. Carroll et, al
    Civil Action No. 05-718-KAJ



FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Jordan,
    In response to the Courts order dated Oct. 21, 2005 in reference to the AEDPA election form, I am requesting that because of my factual innocence claim, that the Court rule on my motion for appointment of counsel filed last week prior to my filling out the aforementioned form. The reason for this is because I am legally illiterate and there may be other grounds I need to raise now that only a qualified attorney can fully raise and develop.
    Therefore I respectfully pray that this Court rule on my motion for appointment of counsel prior to the 21st of November.

XC: Warden Thomas Carroll
    File

Respectfully Submitted,
William J Hammons
William J Hammons
Del. Corr. Ctr.
Smyrna, DE. 19977

William J. Hammons
#166139
Del. Corr. CEN.
1181 paddock Rd.
Smyrna, DE 19977



U.S District Court
District of Delaware
844 N. King St.
Wilmington, De. 19801-3570

Legal