<u>RULE 7.1.1 CERTIFICATION</u>

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General

Counsel for Respondents

Date:  January 19, 2006