IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIAM J. HAMMONS**, | : | |
| Petitioner, | : | |
| v. | : | Civ. Act. No. 05-718-KAJ |
| **THOMAS L. CARROLL**, Warden, and **CARL C. DANBERG**, Attorney General for the State of Delaware, | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified portions of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents shall file certified portions of the state court records on or before February 28, 2006.

_____
United States District Judge