**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2006, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on February 3, 2006, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

    William J. Hammons
    SBI No. 166139
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us