**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **WILLIAM J. HAMMONS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-718-KAJ |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix (No. 387, 2002)

    b. State's Answering Brief & Appendix (No. 387, 2002)

    c. Order (May 16, 2003) (No. 387, 2002)

    d. Appellant's Opening Brief & Appendix (No. 458, 2004)

    e. State's Answering Brief (No. 458, 2004)

    f. Appellant's Reply Brief (No. 458, 2004)

    g. Order (September 28, 2005) (No. 458, 2004).

     2.  Notice is also hereby given that a certified copy of the Superior Court Criminal Docket in ID No. 9809019760 has been manually filed with the Court and is available in paper form only.

                                                    /s/ Elizabeth R. McFarlan  
                                                    Deputy Attorney General  
                                                    Department of Justice  
                                                    820 N. French Street  
                                                    Wilmington, DE 19801  
                                                    (302) 577-8500  
                                                    Del. Bar. ID No. 3759  
                                                    elizabeth.mcfarlan@state.de.us

February 24, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 24, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on February 24, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    William J. Hammons
    SBI No. 166139
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us