Petition under 28 USC § 2254 for Writ of Habeas Corpus by a Person in State Custody

William J. Hammons

v.

Thomas L. Carroll, Warden, and Carl C. Danberg, Attorney General for the State of Delaware.

Civ. Act. No. 05-718-KAJ



FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

## Motion For Expansion Of Record

Comes now, the petitioner, William J. Hammons, who moves this Honorable Court to allow him to expand the record in the above captioned case in accordance with Rule #7 of 28 USC 2254. This expansion would include two affidavits by the petitioner which are crucial to his arguments in his habeas petition.

In support thereof, petitioner offers the following:

1) Petitioner is a pro-se litigant with no legal training and is unfamiliar with legal procedures, especially in regards to Habeas Corpus petitions.

2) Petitioners motion for appointment of counsel has not yet been ruled upon by this Court so petitioners only legal advice comes to him through inmate paralegals.

3) Inmate paralegal advised petitioner to file this motion at this time.

For the foregoing reason, petitioner request the Court allow him to expand the record at this time.

Date: 3-25-06

Respectfully Submitted,

William J. Hammons
William J. Hammons
#166139
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

## AFFIDAVIT

I, William Jay Hammons, being sworn, deposes and says that, for the entire time I was represented by attorney Andrew J. Witherell, his only advice to me was to plead guilty or I would be found guilty and given a life sentence.

I further swear that he never gave me a copy of the DNA evidence in my case until 5 months after the plea, he continually told me and my parents that DNA did not clear me with respect to the pubic hair found in Kristen Bakalars underwear the night of the alleged rape, he never discussed the DNREC report written by officer Wales on Sept. 18th, 1998 of a rape that happened which was the exact same modus operandi of the Bakalar incident, nor did he ever interview that victim or obtain a report from her. Because of this and other key facts and/or evidence withheld from me, my confidence in my defense was seriously undermined. I swear these facts are true under penalty of perjury.

11-30-05

William J. Hammons

Subscribed to before me this 30th day November, 2005

Timothy J. Marts
(Notary Public)

my Commission expires: June 14th 2006

## Affidavit

I, William Jay Hammons, being duly sworn, deposes and says that, I am factually innocent of all charges relating to the alleged rape and kidnapping of Kristen Bakalar, and of all attempted rape and kidnapping charges relating to Magdolna Keskeny.

I swear these facts to be true and correct under the penalty of perjury.

11-30-05

William J. Hammons

Subscribed to before me
This 30th day November, 2005

Timothy J. Marts
(Notary Public)

My Commission expires: June 14th 2006

# Certificate of Service

I, William J. Hammons, hereby certify that I have served a true and correct cop(ies) of the attached: 2 Affidavits For District Court _____ upon the following parties/person (s):

TO: Elizabeth R. McFarlan
Deputy Attorney General
Dept. of Justice
820 N. French St.
Wilm., DE 19801

TO: Clerk
United States District Court
District of Delaware
844 N. King St.
Wilm., DE 19801-3570

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 25th day of March, 2006

William J. Hammons

William J. Hammons
#166139
Del. Care. Ctr.
1181 Paddock Rd.
Smyrna, De. 19977

Clerk
United States District Court
District of Delaware
844 N. King St., LockBox 18
Wilmington, De. 19801-3570

Legal Mail