5-4-06

Clerk of The Court
United States District Court
844 N. King St., Lock Box 18
Wilmington, DE. 19801-3570

RE: Hammons v Carroll et. al.
    Civ. Act. No.# 05-718-KAJ

Dear Clerk,
        I Am Requesting An updated Docket in The Above Referenced matter. Additionally I Am Requesting The enclosed Amendment Letter Be docketed and Forwarded to Judge Jordan.
        Your Attention To This matter is greatly Appreciated.

XC: File

Sincerely,
William J Hammons
# 166139
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977



FILED
MAY -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

IM William J. Hammons
SBI# 166139 UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
MAY 2006 PM 1 L

Legal

Clerk of The Court
United States District Court
844 N. King St., LockBox 18
Wilmington, Delaware
19801-3570