5-4-06

The Honorable Kent A. Jordan
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570



RE: Amendment to Hammons v. Carroll, et. al.
Civ. Act. No.# 05-718-KAJ

Dear Judge Jordan,

After having a Jailhouse Lawyer go over the facts of my case, I was advised to request that this court order the state to address the merits of my factual innocence claim which they failed to do in their answer to my Habeas Corpus petition. Also, in the event that they refuse to do so, I respectfully request that they be forced to do so at an evidentiary hearing.

According to Rule #5 of 28 USC. 2254 the state <u>must</u> respond to the allegations of the petition. This however was not done. The state totally ignored the facts alleged in my factual innocence claim, and, according to the rules governing Habeas Corpus, they must be made to do so. (See also Walker v. Johnston

61 Sct. 574; And Waley V. Johnson, 62 Sct. 964.)

For the reasons advanced herein, I am respectfully requesting that this Honorable Court compel the State to comply fully with Rule #5 of 28 USC 2254, and address the allegations of my factual innocence claim.

Respectfully Submitted,

William J Hammons
#166139
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

XC:
   Elizabeth R. McFarlan
   File

I/M William J. Hammons
SBI# 166139  UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 MAY 2006 PM

Legal

Clerk of The Court
United States District Court
844 N. King St., LockBox 18
Wilmington, Delaware
19801-3570