In the United States District Court
For the District of Delaware

William J. Hammons,
　　Petitioner,

v.

Thomas L. Carroll, Warden, and Carl C. Danberg, Attorney General For the State of Delaware

Civ. Act. No. 05-718-KAJ



## Motion For Expert Testimony

Comes Now, William J. Hammons, in presenting this motion to be heard before this Court at its earliest convenience, pursuant to F.R.E. Rule 706. In support thereof the following is shown:

A) 1. Petitioner has raised a claim of factual innocence and insufficient evidence to sustain a conviction based on DNA evidence and he is not a scientific expert.

2. There is a need for expert testimony to support the fact that DNA evidence clears the petitioner of the crime of rape. 28 USC 2254 (F).

3. Upon Courts finding or upon motion filed by petitioner, expert witness can be Court appointed.

(B) 1. Petitioner has raised a claim of ineffective assistance of counsel and he is not a member of the Delaware Bar Association, nor has he ever recieved any law school training.

2). There is a need for expert testimony on Counsels performance to show a claim of ineffective assistance of counsel has left an person who is actually innocent incarcerated and that coercion was used to obtain a guilty plea. 28 USC 2254 (b)(ii). Murray v. Carrier.

3). Upon Courts finding or upon motion filed, expert witness can be Court appointed.

THEREFORE, petitioner RESPECTFULLY REQUESTS THAT upon His good CAUSE SHOWN, THAT THIS HONORABLE COURT APPOINT EXPERT DNA WITNESS AND EXPERT Legal WITNESS.

5-19-06

Respectfully Submitted,

William J. Hammons

## CERTIFICATE OF SERVICE

I, William J. Hammons, hereby certify that on May 19th, 2006, I personally placed in the D.O.C. mailbox one copy of this motion for Expert Testimony to the below named Respondants.

Elizabeth R. McFarlan, Esq.
Deputy Attorney General
820 N. French St.
Wilmington, DE. 19801

William J. Hammons
William J. Hammons
166139
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

4

I/M William J Hammons
SBI# 166139   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
District of Delaware
844 N. King Street, LockBox 18
Wilmington, Delaware
19801-3570

Legal

$00.39
JUN 29 2006
MAILED FROM ZIP CODE 19977