IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. HAMMONS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> THOMAS CARROLL, ) <br> Warden, and CARL C. ) <br> DANBERG, Attorney ) <br> General of the State of ) <br> Delaware, ) <br> ) <br> Respondents. ) | Civ. Action No. 05-718-KAJ |

ORDER

At Wilmington this 21st day of August, 2006;

IT IS ORDERED that:

Petitioner William J. Hammons' motion to expand the record with his two affidavits is GRANTED. (D.I. 23); see Rule 7(b), 28 U.S.C. foll. § 2254.

                                                    /s/ _____
                                                    UNITED STATES DISTRICT JUDGE