8-30-06

TO: Clerk of the Court
United States District Court
844 N. King St.
Wilm., DE. 19801

From: William J. Hammons
#166139
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977



BD scanned

RE: Current Docket Sheet / Civ. Act. No. 05-718-KAJ

Dear Sir/Madam,

Along with the enclosed motion, I am requesting a current docket in the above captioned case.

Respectfully Submitted,

William J. Hammons

xc: File