OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 5, 2006

TO: William Jay Hammons
SBI #166139
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19801

RE: *Request for Copywork;* 05-718(KAJ)

Dear Mr. Hammons:

A letter has been received by the Clerk's office from you requesting a copy of the docket sheet.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment in the amount of $2.00 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

8-30-06

(30)

TO: Clerk of the Court
United States District Court
844 N. King St.
Wilm., DE. 19801

From: William J. Hammons
#166139
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

FILED
SEP - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

RE: Current Docket Sheet / Civ. Act. No. 05-718-KAJ

Dear Sir/Madam,

Along with the enclosed motion, I am requesting a current docket in the above captioned case.

Respectfully Submitted,
William J. Hammons

xc: File