11-2-06

TO: CLERK OF THE Court                    05-718
     United States District Court
     District of Delaware
     844 N. King St., Lock Box 18
     Wilm., Del. 19801

                                   FILED

From: William J. Hammons           NOV -6 2006
       #166139
       Del. Corr. Ctr.             U.S. DISTRICT COURT
       1181 paddock Rd.            DISTRICT OF DELAWARE
       Smyrna, De. 19977

Re: Docket Sheet / Name of Assigned Judge

Dear Clerk,

          Several weeks ago you wrote me
A Letter stating that I could not Have AN
updated docket sheet unless I paid 50¢ per
page in advance, at the Time you stated
I would have to pay $2.00 Total.
     Mr. Dello, I don't Have 50¢ Let alone
$2.00. I'm Broke which is why the Court
granted me Forma pauperis status. I Even
Have To Bum A Stamp just to mail this
Letter To you.
     While I do understand your position and
the Flood of Requests That your office must
get From Pro-Se Litigants Such As
myself, I just don't see How I Can

Effectively argue my case without access to the requisite information needed to do so. The last docket entry I have is #25, and I personally have filed a couple of motions since then, so I am asking you if you will tell me how many other entries there are, and/or what they are for. In the alternative, can you please send me an updated docket? Without this, I am completely in the dark.

Additionally, since Judge Jordan has been assigned to the 3rd circuit, can you please tell me what judge has been assigned to my case?

Again my aim is just to get some important questions answered and I would appreciate your time and patience in this matter.

Respectfully Submitted,

XC: File

William J Hammons



William J. Harmons
# 166134
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, De. 19977

WILMINGTON DE 197
03 NOV 2006 PM 3 T

1980173313

Clerk of the Court
United States District Court
District of Delaware
844 N. King St., LockBox 18
Wilmington, De. 19801

U.S.M.S.
X-RAY