In the United States District Court
For the District of Delaware

William J. Hammons,
Petitioner,

v.

Thomas Carroll, Warden,
and Carl C. Danberg, Attorney
General of the State of Delaware

Civ. Act. No. 05-718-KAJ



scanned

## Motion to Amend

Comes Now, the Petitioner, William J. Hammons, Pro-Se, and pursuant to Rule 15(A) of the Federal Rules of Civil Procedures and moves this Court for leave to amend his original 28 U.S.C. 2254 motion/petition. In support thereof Petitioner offers the following:

1). In Ground Three of his original petition, Petitioner actually argued three separate and distinct grounds, each independent of each other. However, because he is a novice in law,

Petitioner reasoned <u>Legal innocence</u>, <u>Factual innocence</u>, and <u>insufficient evidence to sustain a conviction</u> could all be put in one ground because the supporting facts were essentially the same for each ground. He now believes this to be wrong because of ongoing research.

2) Petitioner moves this court to rule on all three claims in ground three of his petition and treat them as three separate independant grounds. Of the three claims, <u>insufficient evidence to sustain a conviction</u> is a due process claim that must be handled differently than the other two because it argues a constitutional violation.

3) Treating these claims as three separate and independant grounds would give the state an opportunity to respond to each one separatley which they did not do in thier answer but should be given a fair opportunity to answer.

4). Leave to amend his petition should be freely given when justice so requires. F.R.C.P. 15(a). In this case, petitioners inexperience in legal procedures and proper formatting of arguments in addition to the important Constitutional and non-Constitutional arguments before this Court, would argue that Justice does require he be allowed to amend his petition at this time.

5). This is his first and only amendment to his original petition.

Wherefore, for the reasons advanced herein, petitioner respectfully request he be allowed to amend his original 2254 petition as requested herein in the interest of Justice.

Respectfully Submitted,
William J. Hammons
William J. Hammons
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, De. 19977

xc: File

3

# CERTIFICATE OF SERVICE

I, William J. Hammons, hereby certify that I have served a true and correct copy of the attached motion to Amend on the following parties on this 12th day of December, 2006, by placing the same in the institutional mailbox at the Delaware Correctional Center, Smyrna, DE. 19977.

TO: Elizabeth R. McFarlan
Deputy Attorney General
Dept. of Justice
820 N. French St.
Wilm., DE. 19801

TO: Clerks Office
U.S. District Court
844 N. King St.
LockBox-18
Wilm., DE. 19801-3570

TO: Thomas Carroll
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

Date: 12-12-06

William J. Hammons
William J. Hammons
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, DE. 19977

I/M William J. Hammons
SBI# 166138    UNIT MHU 2-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office Of The Clerk
United States District Court
844 N. King St. - LockBox-18
Wilmington, DE
19801

