IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. HAMMONS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. Action No. 05-718-*** |
| | ) |
| THOMAS CARROLL, Warden, and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware, | ) |
| | ) |
| Respondents.[1] | ) |

**ORDER**

At Wilmington this __9__ day of March, 2007;

IT IS ORDERED that:

Petitioner William J. Hammons' motion for expert testimony in his habeas proceeding, filed pursuant to F.R.E. 706, is **DENIED**. (D.I. 26) The state court record provides a sufficient basis to review Hammons' habeas petition.

Honorable Mary Pat Thynge
U.S. Magistrate Judge

---

[1] *See* Fed. R. Civ. P. 25(d)(1). Attorney General Joseph R. Biden, III assumed office in January, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.