IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. HAMMONS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. Action No. 05-718-*** |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, and JOSEPH R. ) | |
| BIDEN, III, Attorney ) | |
| General of the State of ) | |
| Delaware, ) | |
| ) | |
| Respondents.[1] ) | |

**ORDER**

At Wilmington this 9 day of March, 2007;

IT IS ORDERED that:

For the same reasons set forth in the order dated August 21, 2006, (D.I. 28), Petitioner William J. Hammons' second motion for the appointment of counsel is **DENIED** without prejudice to renew. (D.I. 29)

Honorable Mary Pat Thynge
U.S. Magistrate Judge

---

[1]See Fed. R. Civ. P. 25(d)(1). Attorney General Joseph R. Biden, III assumed office in January, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.