IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. HAMMONS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. Action No. 05-718-*** |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, and JOSEPH R. ) | |
| BIDEN, III, Attorney ) | |
| General of the State of ) | |
| Delaware, ) | |
| ) | |
| Respondents. ) | |

# ORDER

At Wilmington this _9_ day of March, 2007;

IT IS ORDERED that:

Petitioner William J. Hammons' motion to compel the State to provide further explanation in addressing certain allegations raised in claims one, two, and three of his habeas petition is **DENIED**.  (D.I. 32)

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge