IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. HAMMONS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. Action No. 05-718-*** |
| | ) |
| THOMAS CARROLL, Warden, and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware, | ) ) ) ) ) |
| | ) |
| Respondents.[1] | ) |

## ORDER

At Wilmington this 9 day of March, 2007;

IT IS ORDERED that:

Petitioner William J. Hammons' motion to amend his habeas petition to assert three independent claims of factual innocence, legal innocence, and insufficient evidence is **DENIED**. (D.I. 36) In claims three and four of his petition, Hammons clearly challenged his conviction on three grounds: (1) factual innocence; (2) legal innocence; and (3) insufficient evidence. (D.I. 1, at 29-33) Therefore, an amendment is unnecessary, and the court will address these three claims in its review of Hammons' petition.

Honorable Mary Pat Thynge
U.S. Magistrate Judge

---

[1] See Fed. R. Civ. P. 25(d)(1). Attorney General Joseph R. Biden, III assumed office in January, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.