IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William Jay Hammons,<br>     Petitioner, | )<br>)<br>) |
| v. | )  Civil Action No. 05-718*** |
| Thomas Carroll, Et., Al.,<br>     Respondent. | )<br>)<br>) |

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff William Jay Hammons pursuant to 28 U.S.C. § 1915, requests this court to appoint counsel to represent petitioner in the above-entitled action for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The complaint in this case alleges that the defendant's subject plaintiff to Illegal detention.

4. The plaintiff's allegations, if proved, clearly would establish a constitutional violation.

5. In deciding whether to appoint counsel for an indigent litigant, the court should consider "the factual complexity of the case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claim and the complexity of the legal issues." In addition, courts have suggested that the most important factor is whether the case appears to have merit.

6. The evidence alleged in his habeas petition which is supported by the record and the respondants clear failure to deny any of the allegations in claims three and four of said petition clearly indicate that petitioners habeas corpus appears to have an ample amount of merit that would justify appointing counsel in this case.



FILED
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



BD scanned

For the foregoing reasons, the court should grant the plaintiff's motion and appoint counsel in this case.

Date: 3-24-2007
6-20-07

_William J. Hammons_
166139
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| William Jay Hammons,<br>     Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 05-718*** |
| Thomas Carroll, Et., Al.,<br>     Defendant. | )<br>)<br>) |

## ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____, 20 ____, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY_____.

## Certificate of Service

I, William Jay Hammons, hereby certify that I have served a true And correct copies of the attached motion for appointment of counsel upon the following parties/person (s):

TO: Elizabeth R. Mcfarlan
Deputy Attorney General
Department of Justice
820 N. French St.
Wilm., DE. 19801

TO:

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

166139

20th June
On this ~~24~~ day of ~~March~~, 2007

IM William J Hammons
SBI# 166139   UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 JUN 2007 PM 3 L

Clerk of the Court
United States District Court
District of Delaware
844 N. King St.
Wilmington, DE. 19801

U.S.M.S.
X-RAY