NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 05-718-*** G.m.S.

William Jay Hammons,

v.

DISTRICT COURT
JUDGE: ~~Mary Pat Thynge~~ Gregory M. Sleet

Thomas L. Carroll, Et, Al

Notice is hereby given that William Jay Hammons

Appeals to the United States Court of Appeals for the Third Circuit from ☐ Judgment ☐ Order,

☑ Other (specify) MEMORANDUM OPINION

Entered in this action on 11-8-07

Dated: 11-10-07

_____
(Counsel for Appellant-Signature)

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PD Scanned
no fee

William Jay Hammons, Pro-Se
(Name of Counsel – Typed)

Elizabeth R. Mcfarlan
Counsel for Appellee

Delaware Department of Corrections
(Address)

820 n. French St.
(Address)

Smyrna, DE. 19977
(City, State Zip)

Wilmington, DE. 19801
(City, State Zip)

653-9261
(Telephone Number)

N/A
Telephone Number

NOTED: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal

IM William J Thomas
SBI# 166184 UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
14 NOV 2007 PM 3 T

U.S.M.S.
X-RAY

United States District Court
District of Delaware
844 N. King St.
Wilm, De. 19801