OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small><br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>267-299-4947 |

Website: http://www.ca3.uscourts.gov

November 27, 2007

## NOTICE OF DOCKETING OF APPEAL

**Hammons v. Carroll**

**No.: 05-cv-00718**

**Honorable Gregory M. Sleet**

An appeal by **William Jay Hammons** was filed in the above-captioned case on **11/15/07,** and docketed in this Court on **11/27/07,** at No. **07-4422**.

Kindly use the Appeals Docket No. **07-4422** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**. Please notify Case Manager **Stephanie Wells** at Stephanie_Wells@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

                                                     **Marcia M. Waldron**
                                                     **Clerk**