UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

December 18, 2007

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Hammons v. Carroll et al
Civil Action No. 05-718 KAJ
USCA No. 07-4422

Dear Ms. Waldron:

Enclosed please find:

The Actual Records are being sent DI# 22.  Documents filed after February 28, 2005 will not be sent.  They were electronically filed.  Please find them on cm/ecf.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

 /s/ Elizabeth Strickler 
Deputy Clerk

Enclosures                          Sign here _____